IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK BOATRIGHT, ZACH POINDEXTER, and others similarly situated<br>  *Plaintiffs*<br><br>v.<br><br>GILLEY GREY, GEMS911, INC., and CHUCK PEOPLES<br>  *Defendants* | § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>3:21-cv-00835-N |

## PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT PEOPLES WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiffs file this voluntary notice of dismissal of Defendant Chuck Peoples. This dismissal applies *only* to Defendant Peoples. This dismissal is without prejudice. Under Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action, without a court order, by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. No defendants have yet appeared in this action. Thus, the opposing party has not served either an answer or motion for summary judgment.

Respectfully submitted,

/s/ Barry S. Hersh

_____
Barry S. Hersh
State Bar No. 24001114

*Board Certified in Labor and Employment Law*
*Texas Board of Legal Specialization*

Hersh Law Firm, PC

3626 N. Hall St., Suite 800  
Dallas, TX 75219-5133  
Tel.  (214) 303-1022  
Fax  (214) 550-8170  
barry@hersh-law.com

ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing is being served on all opposing parties by and through their registered agents by U.S. Mail, on this 17th day of August, 2021.

/s/ Barry S. Hersh  
_____